CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 12 2008

JOHN F. CORCORAN, CLERK
BY: /s/ B. Hughes
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAWN X. HENNY, ) | |
|    Plaintiff, ) | Civil Action No. 7:08-cv-00399 |
| ) | |
| v. ) | ORDER |
| ) | |
| A. P. HARVEY, et al., ) | By: Hon. Glen E. Conrad |
|    Defendant(s). ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that plaintiff's motion for interlocutory injunctive relief (Dkt. No. 4) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 12th day of August, 2008.

/s/ Glen E. Conrad
United States District Judge